UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALEO CERTIFIED, INC. d/b/a THE PALEO FOUNDATION,<br><br>                             Plaintiff,<br><br>v.<br><br>YEZ! FOODS, LLC,<br><br>                             Defendant. | Case No.: 23-cv-02295-H-DDL<br><br>**ORDER VACATING DEADLINES IN LIGHT OF SETTLEMENT**<br><br>[Doc. No. 9.] |

On December 16, 2023, Plaintiff Paleo Certified, Inc. d/b/a The Paleo Foundation filed a complaint against Defendant Yez! Foods, LLC. (Doc. No. 1.) On March 13, 2024, the parties filed a joint notice of settlement. (Doc. No. 9.) In the notice, the parties explain that they have reached a settlement in principle and state that they anticipate filing the appropriate dismissal papers within thirty (30) days. (Id.) In light of the parties' notice of settlement, the Court vacates all pending deadlines. The Court instructs the magistrate judge to schedule a settlement disposition conference on or before April 12, 2024.

**IT IS SO ORDERED.**

DATED: March 13, 2024

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT