# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALEO CERTIFIED, INC. d/b/a THE PALEO FOUNDATION,<br><br>                              Plaintiff,<br><br>v.<br><br>YEZ! FOODS, LLC,<br><br>                              Defendant. | Case No.: 23-cv-02295-H-DDL<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>[Doc. No. 13.] |

On December 16, 2023, Plaintiff Paleo Certified, Inc. d/b/a The Paleo Foundation ("Plaintiff") filed a complaint against Defendant Yez! Foods, LLC ("Defendant"). (Doc. No. 1.) On March 13, 2024, the parties filed a joint notice of settlement. (Doc. No. 9.) On April 9, 2024, the parties filed a joint notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 13.)

Rule 41(a)(1)(A)(ii) permits a plaintiff to voluntarily dismiss an action without a court order so long as the plaintiff files a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii).

///
///
///

Here, counsel for both parties have signed the notice of dismissal. (Id.) Accordingly, the Court dismisses Plaintiff's claims with prejudice, each side to bear its own costs. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: April 9, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT